No. 71–6737. DONOHOE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–6738. DENNIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–6744. RODRIGUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6745. McCRAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6746. EVANS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–6748. CASTILLO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–6749. PARKS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–6750. HAMMONDS *v.* MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 71–6751. DAWN, DBA GAME Co. *v.* STERLING DRUG, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–6753. SCOGIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–6754. VAN PELT *v.* DiCOSIMO. C. A. 9th Cir. Certiorari denied.

No. 71–6756. CUNNINGHAM *v.* A. S. ABELL Co. Ct. App. Md. Certiorari denied.